RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 14 2015

Abel Acosta, Clerk

12-4-2015

81,925-01

Tr. Ct #30519 A-cc

Dear Sir,                    WR-81,925-01

I recieved a white card that said I was denied my 1107 due to some reason. I would like to get a copy of that card or a new one, Also I have filed a motion or memorandum of Law for my 1107 and haven't heard anything, don't I have a year to file a 2254, and who do I send it to. I'm in the TDCJ Michael Unit at 2664 Fm 2054, ~~Palastone~~ Texas I mean Tenneessee Colony Texas, 75886, Could you please help, I've been told that I was going to be bench warranted back to Kaufman, and that I was getting another Judge, cause my Judge was removed from her seat to become the Chief Prossect. person. or I've been told, I've wrote to the Judge asking for my transcript. to no avail, and was never called on about my trial, I do hope I'm doing the right thing, due to the fact I don't have any money to obtain a Lawyer and don't have the no-how to get one, everyone has turned me down even beening indigent, I've wrote to everyone and everone tells me I need to get so-so, but they turned me down, so I'm trying to do this, so please help, and if you can figure out a way to get legal help, I'm open for suggestion's, I've also wrote a letter to my new Judge asking him, what's going on, so again, I ask you to please help.!!

Thank You, God Bless.

Gary Myre 1788464     Awaiting Your Reply!